IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL NO. 06-cv-02434-WDM-MJW

RONALD ROY (HOODENPYLE),

    Plaintiff,

    v.

TIM CONLEY,

    Defendant.

---

**[PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION FOR LEAVE TO APPEAR AT THE SHOW CAUSE HEARING BY TELEPHONE**
( Docket No 20 )

---

Upon the motion brought by the United States, and for good cause shown, the Court hereby grants the United States' Motion for Leave to Appear at the Show Cause Hearing by Telephone. Counsel for the United States may appear at the hearing set for March 9, 2007, at 11:00 a.m., by telephone. The Court's phone # is (303) 844-2403.

DATED this 9th day of February, 2007.

BY THE COURT:

/s/ Michael J. Watanabe

THE HONORABLE MICHAEL J. WATANABE
United States Magistrate Judge